## Willie DOUGLAS, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

### No. 7222.

Circuit Court of Appeals, Fifth Circuit.
Oct. 10, 1934.

In forma pauperis.

Willis Douglas, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

## PER CURIAM.

The judgment is affirmed.

## Josephine DUNNIGAN, Administratrix of the Estate of Richard O. Dunnigan, Deceased, v. UNITED STATES of America.

### No. 1135.

Circuit Court of Appeals, Tenth Circuit.
Aug. 27, 1934.

Paxton Howard, of Tulsa, Okl., for appellant.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Before LEWIS and BRATTON, Circuit Judges.

## PER CURIAM.

Appeal dismissed for failure to prosecute.

## Arlie Lee GROCE, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

### No. 7544.

Circuit Court of Appeals, Fifth Circuit.
Oct. 16, 1934.

In forma pauperis.

Arlie Lee Groce, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., H. T. Nichols, Sp. Atty., and I. K. Hay, Asst. U. S. Atty., all of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

## PER CURIAM.

The judgment is affirmed.